IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREGORY S. BURDOO,

      Petitioner,

v.

KIMBERLY SADLER, ESQ.,
LAW OFFICES OF ROBERT
SHAFER,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2708

Opinion filed August 19, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Gregory S. Burdoo, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

      DENIED.  See Donahue v. Vaughn, 721 So. 2d 356 (Fla. 5th DCA 1998).

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.